FILED
SEP 24 2014
DAVID CREWS, CLERK
BY _V. Adams_
Deputy

UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 1:14CR110

LAZENTE D. WALLACE, DAN JUDD, JR.,       18 U.S.C. § 371
JUSTIN A. HARRIS, CLAYTON L. HARRIS,      18 U.S.C. § 472
RICKEY L. CLAYTON, JR., and TARA R. MILLER   18 U.S.C. § 2

**The Grand Jury Charges:**

## COUNT ONE

From on or about March 14, 2014, to on or about April 3, 2014, in the Northern District of Mississippi and elsewhere, the defendants, LAZENTE D. WALLACE, DAN JUDD, JR., JUSTIN A. HARRIS, CLAYTON L. HARRIS, RICKEY L. CLAYTON, JR., and TARA R. MILLER, did knowingly and willfully, with intent to defraud, conspire and agree together and with each other and with other individuals both known and unknown to the Grand Jury to pass, utter, and publish, and attempt to pass, utter and publish, falsely made, forged, counterfeit or altered obligations of the United States in violation of Title 18, United States Code, Section 472.

During and in furtherance of the conspiracy and to effect the objects of the conspiracy, at least one of the co-conspirators committed at least one of the following overt acts:

(a)     On or about March 14, 2014, defendant JUSTIN A. HARRIS passed and attempted to pass approximately $80 in counterfeit Federal Reserve Notes, that is, four counterfeit notes in $20 denominations, to Krista Griffin for payment of child support.

-1-

(b) On or about March 17, 2014, defendants TARA R. MILLER and RICKEY L. CLAYTON, JR. passed and attempted to pass six counterfeit Federal Reserve Notes in $20 denominations at Walmart #258 located 3929 North Gloster Street in Tupelo, Mississippi.

(c) On or before March 31, 2014, defendant LAZENTE D. WALLACE travelled to an apartment in Okolona, Mississippi, with Sheniqua King and Tommie Berry, at which time WALLACE obtained a large sum of counterfeit Federal Reserve Notes in $10, $20, and $50 denominations.

(d) On or before March 31, 2014, defendant LAZENTE D. WALLACE sent a text message to Okeychia Monique Cassiberry in which WALLACE asked Cassiberry to assist WALLACE and another unidentified individual in passing counterfeit currency by allowing the unidentified individual to use counterfeit currency to purchase pizza from Cassiberry's employer, Little Caesar's Pizza located on West Main Street in Tupelo, Mississippi.

(e) On or about April 3, 2014, defendant DAN JUDD, JR. passed a counterfeit Federal Reserve Note in a $100 denomination to purchase entry to a car show in Lee County, Mississippi.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about March 14, 2014, in the Northern District of Mississippi and elsewhere, JUSTIN A. HARRIS, defendant, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, that is, defendant did use and attempt to use approximately $90 in counterfeit currency to make a

child support payment to Krista Griffin, in or near Tupelo, Mississippi, in violation of Title 18, United States Code, Section 472.

### COUNT THREE

On or about March 20, 2014, in the Northern District of Mississippi and elsewhere, CLAYTON L. HARRIS, defendant, did knowingly and intentionally, with intent to defraud, keep in his possession falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

### COUNT FOUR

On or about March 15, 2014, in the Northern District of Mississippi and elsewhere, TARA R. MILLER and RICKEY L. CLAYTON, JR., defendants, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, at NT's located in Tupelo, Mississippi, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Sections 472 and 2.

### COUNT FIVE

On or about March 17, 2014, in the Northern District of Mississippi and elsewhere, TARA R. MILLER and RICKEY L. CLAYTON, JR., defendants, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, at the Walmart store located at 3929 North Gloster Street in Tupelo, Mississippi, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Sections 472 and 2.

## COUNT SIX

On or about March 18, 2014, in the Northern District of Mississippi and elsewhere, TARA R. MILLER, defendant, did knowingly and intentionally, with intent to defraud, keep in her possession falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

## COUNT SEVEN

On or about March 19, 2014, in the Northern District of Mississippi and elsewhere, RICKEY L. CLAYTON, JR., defendant, did knowingly and intentionally, with intent to defraud, keep in his possession falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

## COUNT EIGHT

On or about April 3, 2014, in the Northern District of Mississippi and elsewhere, DAN JUDD, JR., defendant, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, at a car show in Lee County, Mississippi, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

## COUNT NINE

On or about July 11, 2014, in the Northern District of Mississippi and elsewhere, DAN JUDD, JR., defendant, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, at a scrapyard located at 3255 Snider Road in

Toccopola, Mississippi, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

**A TRUE BILL:**

*/s/ Signature Redacted*
**FOREPERSON**

**UNITED STATES ATTORNEY**