IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:14CR110

LAZENTE D. WALLACE, DAN JUDD,            18 U.S.C. § 371
JUSTIN A. HARRIS, CLAYTON L. HARRIS,     18 U.S.C. § 472
RICKY L. CLAYTON, JR., and TARA R. MILLER   18 U.S.C. § 2

## NOTICE OF PENALTIES

### Count One

NMT 5 years imprisonment — 18 U.S.C. § 371;
NMT $250,000 fine — 18 U.S.C. § 3571(b)(3);
NMT 3 years supervised release — 18 U.S.C. § 3583(b)(2);
$100 mandatory special assessment — 18 U.S.C. § 3013.

### Counts Two through Nine

NMT 20 years imprisonment — 18 U.S.C. § 472;
NMT $250,000 fine — 18 U.S.C. § 3571;
NMT 3 years supervised release — 18 U.S.C. § 3583(b)(2); and
$100 special assessment18 U.S.C. — § 3013(a)(2)(A).

ROBERT J. MIMS, MSB #9913
Assistant United States Attorney
900 Jefferson Avenue
Oxford MS 38655
Telephone 662/234-3351
Fax 662/234-3372